IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-50213
Summary Calendar
_____

BOBBIE JO MEREDITH,

Plaintiff-Appellant,

versus

KENNETH S. APFEL,
COMMISSIONER OF SOCIAL SECURITY,

Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:98-CV-458
- - - - - - - - - -

November 1, 1999

Before HIGGINBOTHAM, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

Bobbie Jo Meredith appeals from the magistrate judge's judgment affirming the denial of her application for supplemental security income. She argues that substantial evidence did not exist to support the Commissioner's decision that she could do other work because such decision was not based on a consideration of the combined effect of her impairments. She argues that the ALJ failed to consider the combined effect of her (1) inability to sit or stand for more than four hours per day; (2) her vision

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

problems; and (3) her pain and her necessity to perform various treatments to relieve such pain.

Substantial evidence existed to support the finding that Meredith was not disabled. See Ripley v. Chater, 67 F.3d 552, 555 (5th Cir. 1995); Moore v. Sullivan, 919 F.2d 901, 905 (5th Cir. 1990). The magistrate judge did not fail to consider the combined effect of Meredith's exertional and nonexertional impairments. See Fraga v. Bowen, 810 F.2d 1296, 1305 (5th Cir. 1987).

AFFIRMED.